```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2023
```

Rry, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
DISTRICT COUNCIL NO. 9 INTERNATIONAL :
UNION OF PAINTERS AND ALLIED :
TRADES, A.F.L.- C.I.O.,                                            :     1:23-cv-9537-GHW
:
                Plaintiff,     :     ORDER
:
-v –                                                               :
:
CITY NEWARK GLASS CO.,                                             :
:
                Defendant.    :
:
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      On October 31, 2023, Petitioner filed a petition to confirm an arbitration award. Dkt. No. 1. Proceedings to confirm an arbitral award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 108 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which it intends to support the petition, including any affidavits or declarations attesting that the exhibits to the petition are true and correct copies of what they purport to be, no later than November 22, 2023. Respondent's opposition is due January 2, 2024. Petitioner's reply, if any, is due by January 16, 2024.

      Petitioner is directed to serve the petition and supporting materials upon respondent by November 9, 2023 and to file an affidavit of such service with the Court by November 14, 2023.

      SO ORDERED.

Dated: November 2, 2023
       New York, New York
                                                                     GREGORY H. WOODS
                                                          United States District Judge