UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
DISTRICT COUNCIL NO. 9 INTERNATIONAL UNION
OF PAINTERS AND ALLIED TRADES, A.F.L.-C.I.O.

                       Petitioner,                   23 **CIVIL** 9537 (GHW)

     -against-                                **<u>JUDGMENT</u>**

CITY NEWARK GLASS CO.,

                      Respondent.
-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated May 28, 2024, judgment is entered in favor of Petitioner and against Respondent in the amount of $6,200.14; plus $4,187.00 in attorneys' fees. Post-judgment interest will accrue pursuant to 28 U.S.C. § 1961. Accordingly, the case is closed.

**Dated:**  New York, New York
          May 28, 2024

                                                            RUBY J. KRAJICK
                                                              Clerk of Court

                                             **BY:**
                                                                   **Deputy Clerk**